IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD RAY STACY, JR.,                                 No. CV 07-1561-MO

        Plaintiff,                                            JUDGMENT

        v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

**MOSMAN, J.,**

        Based on the record,

        IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED as stated on the record, and this case is DISMISSED.

        DATED this  4th  day of November, 2008.

                                                                                /s/ Michael W. Mosman
                                                                                MICHAEL W. MOSMAN
                                                                                United States District Judge